Upon Receptance of this package

Please Send A Return Reciept

Thank you !

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

Bruce Montgomery
#1902424
McConnell unit
3001 S. Emily Dr.
Beeville Tx. 78102

BRUCE Y. MONTGOMERY
NO: 1902424
McCONNELL UNIT
3001 S. EMILY DR.
BEEVILLE TEXAS 78102


AUGUST 26, 2015


TO: THE CLERK COURT OF CRIMINAL APPEALS:
   P.O. BOX 12308 CAPITOL STATION
   AUSTIN, TEXAS 78711


RE: CAUSE NO: 12-095A- APPLICANT'S REBUTTAL IN
OPPOSITION TO STATES RESPONSE TO APPLICANT'S
APPLICATION FOR WRIT OF HABEAS CORPUS 11-07.


   DEAR CLERK
              PLEASE FIND ENCLOSED APPLICANT'S
REBUTTAL IN OPPOSITION TO STATES RESPONSE TO
APPLICANT'S APPLICATION FOR WRIT OF HABEAS CORPUS
11-07. TO BE RESPECTFULLY FILED IN THE ABOVE
CAUSE NO. AND FOREWARDED TO THE COURT OF
CRIMINAL APPEALS AS A PART OF APPLICANTS
ORIGINAL APPLICATION FOR WRIT OF HABEAS CORPUS
SUBMISSIONS. THAT WAS FOREWARDED TO THIS COURT
ON AUGUST 17, 2015 COLORADO COUNTY DISTRICT CLERK
LINDA HOLMAN.


                              RESPECTFULLY SUBMITTED
                              Bruce Mont

EX PARTE

BRUCE Y. MONTGOMERY

}
}
}
}

IN THE COURT OF CRIMINAL
APPEALS OF TEXAS

APPLICANT'S REBUTTAL IN OPPOSITION TO
STATES RESPONSE TO APPLICANT'S APPLICATION FOR
WRIT OF HABEAS CORPUS 11.07 AND REBUTTAL IN
OPPOSITION TO ATTORNY'S AFFIDAVIT FOR INEFFECTIVE
ASSISTANCE OF COUNSEL DENIAL..

TO THE HONORABLE JUDGE(S) OF THE COURT OF CRIMINAL
APPEALS OF TEXAS

NOW COMES BRUCE Y. MONTGOMERY APPLICANT-PRO-SE
AND WOULD LIKE TO RESPECTFULLY SHOW THIS HONORABLE
COURT THE FOLLOWING:

## I.
### REBUTTAL TO STATES RESPONSE.

APPLICANT'S WRIT EXHIBIT ATTACHMENT "D" OFFICERS AFFIDAVIT
FOR PROBABLE CAUSE WARRANT at "5" STATES AFFIANT HAS
PROBABLE CAUSE FOR SAID BELIEF BY REASONS OF THE
FOLLOWING "FACTS" AND "CIRCUMSTANCES". THIS CONFIDEN-
TIAL INFORMANT HAS GIVEN TRUE AND CORRECT INFORMA-
TION TO LAW ENFORCEMENT. THEREFORE THE PROBABLE
CAUSE WAS ESTABLISHED WHEN AFFIANT ATTESTED TO THIS

TO THIS SECTION OF HIS AFFIDAVIT. WHICH GAVE THE MAGISTRATE JUDGE REASON TO ISSUE A SEARCH WARRANT. WHEN THE COURT RULED ON THE MOTION TO DETERMINE INADMISSIBILITY OF EVIDENCE AND CREDIBILITY OF THE CONFIDENTIAL INFORMANT OF APPLICANT. THE COURT STATES I'm GOING TO GRANT IT. THERE'S NO STATEMENT OF WHERE THAT INFORMATION CAME FROM. WHEN THE STATE APPEALED THE APPELATES BRIEF WAS BASED "WHOLLY" ON THE AFFIDAVIT THAT OFFICER SHAWN ZAK SUBMITTED TO THE MAGISTRATE TO SUBSTANTIATE PROBABLE CAUSE APPLICANT'S APPLICATION APPENDIX ATTACHMENT "D" SHERIFF DEPUTY SHAWN ZAK'S AFFIDAVIT FOR PROBABLE CAUSE SEARCH WARRANT. APPLICANT'S APPLICATION APPENDIX ATTACHMENT "H" THE STATES APPEALATE BRIEF. THE BRIEF THAT WAS SUBMITTED BY APPLICANTS ATTORNEY DOES NOT STATE RECORD FACTS TO CHALLENGE THAT THE CONFIDENTIAL INFORMANT WHO PARTICIPATE IN THE CONTROLLED BUY WAS RELIABLE AND CREDIBLE. NOR DOES THE BRIEF CONTAIN ANY INFORMATION REGARDING THE CREDIBILITY OF THE CONFIDENTIAL INFORMANT WHO PARTICIPATED IN THE CONTROLLED BUY. THE BASIS OF THE BRIEF WAS REGARDING THE ONE SENTENCE IN THE AFFIDAVIT. AFFIANT HAS ALSO RECEIVED INFORMATION OF NARCOTIC ACTIVITY AT THE SUSPECTED PLACE IN THE RECENT PAST. APPLICANT'S APPLICATION ATTACHMENT "I" THE APPELLEE BRIEF at. PAGE "4"

(2)

FURTHERMORE THE JUSTICES OF THE 1st DISTRICT COURT OF APPEALS STATES IN THEIR MEMORANDUM AND OPINION At PAGE 8 AT THE BOTTOM "WE" NOTE THAT THE AFFIDAVIT DOES ADDRESSES THE CREDIBILITY OF THE CONFIDENTIAL INFORMANT WHO PARTICIPATED IN THE CONTROLLED BUY "AND" MONTGOMERY "DOES NOT" CHALLENGE THIS INFORMANTS CREDIBILITY AND RELIABILITY ON APPEAL.

THEREFORE THE ISSUES REGARDING THE GRANTING OF THE MOTION AND THE AFFIDAVIT FOR PROBABLE CAUSE SEARCH WARRANT AND THE STATES APPEAL WAS BASED ON WHETHER OR NOT THE AFFIDAVIT SUBSTANTIATED PROBABLE CAUSE. WHICH WAS ESTABLISHED WHEN THE AFFIANT STATES WITHIN THE AFFIDAVIT THIS CONFIDENTIAL INFORMANT HAS GIVEN TRUE AND CORRECT INFORMATION TO LAW ENFORCEMENT. MEANING THE CONFIDENTIAL INFORMANT IN THE CONTROLLED BUY. THE CREDIBILITY AND RELIABILITY WAS IN REGARDS TO THE CONFIDENTIAL INFORMANT WHO MADE THE CONTROLLED BUY. AND THE EVENTS THAT OCCURED DURING THE CONTROLLED BUY.. THIS GAVE THE MAGISTRATE REASON TO ISSUE A SEARCH WARRANT. NOT THE "ONE" SENTENCE IN THE AFFIDAVIT IN REFERENCE TO NARCOTIC ACTIVITY IN RECENT PAST.

(3)

APPLICANT HAS DEMOSTRATED WITHIN HIS APPLICATION FOR WRIT OF HABEAS CORPUS 11.07 THAT HIS COUNSEL DID NOT PROPERLY LITIGATE ON APPEAL BY NOT CHALLENGING THE CREDIBILITY AND RELIABILITY OF THE CONFIDENTIAL INFORMANT WHO PARTICIPATED IN THE CONTROLLED BUY. APPLICANT HAS SHOWN THE TWO REQUIRMENT OF INEFFECTIVE ASSISTANCE OF COUNSEL. COUNSELS ACT AND OMISSION WAS AT A CRITICAL STAGE OF APPLICANT'S PROCEEDINGS. THE DEFICIENT ACT VIOLATED APPLICANTS 4th AMENDMENT U.S. CONST. RIGHT TO A FAIR AND IMPARTIAL TRIAL.

## II.

WHEN APPLICANTS COUNSEL SUBMITTED HER AFFIDAVIT SHE MAKES EXCUSES AND IS ATTEMPTING TO COVER UP HER INEFFECTIVE ASSISTANCE OF COUNSEL ACT AND OMMISSION THAT WERE OF U.S. CONST. AMEND. MAGNITUDE AND DENIED APPLICANT A FAIR AND IMPARTIAL OPPORTUNITY FOR THE GRANTING OF THE MOTION TO DETERMINE ADMISSIBILITY OF EVIDENCE AND CREDIBILITY OF CONFIDENTIAL INFORMANT TO BE UPHELD ON APPEAL. APPLICANT'S COUNSEL SUBMITTED THE MOTION TO CONTEST THE CREDIBILITY OF THE CONFIDENTIAL INFORMANT WHO PARTICIPATED IN THE CONTROLLED BUY. APPLICANT'S INDEX ATTACHMENT "G". THE BRIEF ON APPEAL DOES NOT MAKE CHALLENGE TO THE CONFIDENTIAL INFORMANS WHO PARTICIPATED IN THE CONTROLLED BUY. CREDIBILITY OR RELIABILITY. THE MOTION WAS BASED UPON DISCREPANCIES IN THE AUDIO THE AFFIDAVIT OF DEPUTY SHAWN ZAK AND THE EVENTS THAT OCCURED DURING THE CONTROLLED BUY. FURTHERMORE COUNSEL'S REFERRING TO THE WORDS "HERE" ON PAGE 6. THE PARAGRAPH ON PAGE 7 "IN THE PRESENT CASE". ON PAGE 8 LINE 4 WHERE THE SENTENCE BEGINS WITH, COUNSEL SAYING THAT THE MEANING OF

(4)

THE WORD "AGAIN" IN THE APPELLEES BRIEF. THESE REFERRENCES ARE NOT TO BE CONSTRUED TO MEAN "THE CONFIDENTIAL INFORMANT WHO PARTICIPATED IN THE CONTROLLED BUY". THERE IS NO CREDITING OF THE CONFIDENTIAL INFORMANT ESTABLISHED IN THE BRIEF THE AFFIDAVIT ESTABLISHED CREDIBILITY WHEN IT IS STATED BY AFFIANT THIS CONFIDENTIAL INFORMANT HAS GIVE TRUE AND CORRECT INFORMATION TO LAW ENFORCEMENT IN THE PAST. THE WORDS THAT COUNSEL SAID MEANS THIS AND THAT TO SUBSTANTIATE CHALLENGING THE CREDIBILITY AND RELIABILITY OF THE CONFIDENTIAL INFORMANT WHO PARTICIPATED IN THE CONTROLLED BUY ARE NOT SUPPORTED BY RECORD OR FACT. THE APPEAL WAS NOT ABOUT THE IDENTITY OF THE CONFIDENTIAL INFORMANT. IT WAS ABOUT CREDIBILITY AND RELIABILITY BEING ESTABLISHED BY THE AFFIANT IN THE AFFIDAVIT TO GIVE REASON FOR PROBABLE CAUSE TO SUBSTANTIATED TO ISSUE A SEARCH WARRANT BASED ON PROBABLE CAUSE FROM THE CONTROLLED BUY.

## III.

FURTHERMORE THERE IS NO FACTS BASED ON RECORD THE COUNSEL WAS RESPONSIBLE FOR APPLICANTS CASES THAT WERE DISMISSED DUE TO HER REPRESENTATION. THERE IS A E-MAIL IN THE STATES APPENDIX OF A COMMUNICATION TO THE STATES ATTORNEY AND APPLICANTS ATTORNEY ABOUT CHARGES IN AUSTIN COUNTY TEXAS DATED JANUARY 06, 2014. APPLICANTS PLEA WAS ENTERED ON DECEMBER 19, 2013. PRIOR TO THE E-MAIL. THERE IS A CASE DECLINE NOTICE FROM EAGLE LAKE TEXAS ON JANUARY 16, 2014. THERE ARE NO REPORTER RECORDS SHOWING FACTS OF THE OTHER CHARGES DISMISSED WERE THE DIRECT RESULT OF COUNSELS DOING. THE FELONY PLEA MEMORANDUM DOES NOT MENTION THE OTHER CASES WERE DISMISSED AS PART .... CONT ON PG. 6.

OF THE PLEA AGREEMENT. THIS COULD HAVE WELL BEEN THE PLEA DEAL OR OFFER THAT WAS THE RESULT OF THE STATE PRESENTING TO APPLICANT IN WHICH COUNSEL VOICED ON APPLICANTS BEHALF. SEE: APPENDIX ATTACHMENTS OF STATES RESPONSE at F, G, AND I.

APPLICANT ASSERTS THAT THERE WAS A REASONABLE PROBABILITY THAT HAD COUNSEL LITIGATE HIS APPEAL PROPERLY THE OUTCOME OF HIS CASE COULD HAVE BEEN DIFFERENT AND HE WAS PREJUDICED DUE TO COUNSELS ACTS AND OMMISSIONS. APPLICANT RECEIVED A 40 YEAR SENTENCE AS OPPOSED TO A 25 YEAR SENTENCE WHICH WAS MINIUM DUE TO ENHANCEMENTS.

## PRAYER

WHEREFORE PREMISES CONSIDERED APPLICANT PRAYS THAT THIS HONORABLE COURT WILL GRANT HIM THE REQUESTED RELIEF AS STATED IN HIS APPLICATION FOR WRIT OF HABEAS CORPUS 11.07.

SIGNED ON THIS THE 26th DAY OF August 2015

Bruce Montgomery

Bruce Mont

(6)

# CERTIFICATE

APPLICANT __Bruce Montgomery__ No __1902424__ HEREBY

DOES CERTIFY THAT THIS HIS REBUTTAL OF THE STATES RESPONSE TO APPLICATION FOR WRIT OF HABEAS CORPUS 11·07 WAS PLACED IN THE MAIL-BOX AT THE McCONNELL UNIT T.D.C.J-ID ON __August 26, 2015__ TO THE CLERK OF THE COURT OF CRIMINAL APPEALS.

ON THIS THE ___26th___ DAY __August__ OF ___2015___ .

__Bruce Montgomery__
__Bruce Monty__

__Bruce Montgomery__ #1902424
McConnell unit
3001 S. Emily DR.
Beeville Tx. 78102